## CONVER STEEL & WIRE CO., Inc., Plaintiff-Appellant, v. SYLGAB STEEL & WIRE CO., Defendant-Appellee, and Carroll McCreary Co., Inc., Defendant.

### No. 370.

Circuit Court of Appeals, Second Circuit.
May 18, 1936.

Daniel L. Morris, of New York City (Frank H. Harmon, of New York City, of counsel), for appellant.

Frederick Griswold, Jr., of New York City, for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.